UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILFREDO GOMEZ,

                Plaintiff,                            22 **CIVIL** 5543 (JCM)

      -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 26, 2023, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings including the opportunity for a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      June 26, 2023

                                                                       **RUBY J. KRAJICK**

                                                          _____
                                                                **Clerk of Court**

                            **BY:**    _____

                                                                  **Deputy Clerk**